JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| Connie Tran, | ) | CASE NO. SACV 06-1212-JVS(ANx) |
| | ) | |
| Plaintiff, | ) | ORDER OF DISMISSAL FOR |
| | ) | |
| v. | ) | LACK OF PROSECUTION |
| | ) | |
| State of California etc., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

The Court having issued an Order to Show Cause re Dismissal for Lack of Prosecution on September 25, 2008 and the plaintiff not having filed a written response by October 10, 2008 as required by the Order to Show Cause, IT IS HEREBY ORDERED that this action is dismissed for lack of prosecution pursuant to Federal Rule of Civil Procedure 41(a)(2).

DATED: October 20, 2008

_____
James V. Selna
United States District Judge